WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-7*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2007-7,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; BELLA VISTA ASSOCIATION<br><br>Defendant. | Case No.: 2:17-cv-02551-JAD-VCF<br><br>**MOTION FOR RELEASE OF CASH DEPOSIT** |

COMES NOW, Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-7 ("Plaintiff"), by and through its attorney of record, Michael S. Kelley, Esq., of the law firm of Wright Finlay & Zak, LLP, who says as follows:

1. On October 2, 2017, Plaintiff initiated the above-entitled quiet action regarding the property located at 5205 Giallo Vista Court, North Las Vegas, NV 89031, APN 124-31-610-001 ("Subject Property") against SFR Investments Pool 1, LLC ("SFR") and Bella Vista Association [ECF No. 1].
2. On January 8, 2018, SFR filed its Demand for Security of Costs Pursuant to NRS 18.130(1) [ECF No. 9].

1

3. On January 23, 2018, an Order Granting Demand for Security Costs was entered [ECF No. 12], which required Plaintiff to post a bond of $500.00 within 30 days.
4. On January 24, 2018, Plaintiff deposited $500.00 with the Court, and filed its Certificate of Cash Deposit [ECF No. 13].
5. On June 6, 2018, Plaintiff and SFR reached a settlement during a settlement conference with Judge Foley.
6. On June 7, 2018, an order dismissing the instant action was entered [ECF No. 23].

THEREFORE, as this matter is now concluded, Plaintiff seeks an Order directing the Court to release the $500.00 bond deposited on January 24, 2018.

DATED this 4th day of February, 2019.

WRIGHT, FINLAY & ZAK, LLP

_/s/ Michael Kelley_
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2007-7*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** February 11, 2019

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that on this 4th day of February, 2019, I did cause a true copy of **MOTION FOR RELEASE OF CASH DEPOSIT** to be served through the CM/ECF system to the following parties:

Dana Jonathon Nitz   dnitz@wrightlegal.net, NVefile@wrightlegal.net

Edward D Boyack   ted@boyacklaw.com, adam@boyacklaw.com, assistant@boyacklaw.com, marcia@boyacklaw.com, paralegal@boyacklaw.com

Regina A. Habermas   rhabermas@wrightlegal.net, blopipero@wrightlegal.net

Adam J. Breeden   adam@breedenandassociates.com, paralegal@breedenandassociates.com

Diana S. Ebron   diana@kgelegal.com, alex@kgelegal.com, andrew@kgelegal.com, chantel@kgelegal.com, florence@kgelegal.com, howard@kgelegal.com, jacqueline@kgelegal.com, jherna@kgelegal.com, karen@kgelegal.com, mike@kgelegal.com, sierra@kgelegal.com, staff@kgelegal.com, tiana@kgelegal.com, tomas@kgelegal.com, zachary@kgelegal.com

Michael S. Kelley   mkelley@wrightlegal.net, NVefile@wrightlegal.net, jcraig@wrightlegal.net

Jason G. Martinez   jason@kgelegal.com

/s/ _____
An Employee of WRIGHT, FINLAY & ZAK, LLP

3